UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                         Case No. 8:15-cr-501-T-33JSS

ROBERT J. TUTTLE, JR.
_____/

**ORDER**

This matter comes before the Court upon consideration of Defendant's Motion for Early Termination of Probation (Doc. # 35), filed on June 5, 2017. The Government responded in opposition on June 13, 2017. (Doc. # 37). Upon consideration and for the reasons set forth below, Defendant's motion is granted.

**I. Background**

Pursuant to a plea agreement, Defendant pled guilty to falsifying labor union records, a misdemeanor in violation of 29 U.S.C. § 439(c). (Doc. # 17). As a result, he was ordered to pay restitution amounting to $2,612.56 and placed on probation for a term of three years. (Doc. # 32 at 2, 4). During sentencing, this Court advised Defendant that it would consider early termination of probation upon full payment of restitution. To date, Defendant has served approximately ten months of probation, during which time he has fully satisfied

his restitution obligation. (Doc. # 35). He now moves this Court for early termination of probation. (Id.)

In his motion, Defendant notes that his supervising probation officer can attest to his exceptional performance while on probation. (Id. at 2, ¶ 3). He specifically highlights his successful completion of all special conditions of his probation and his continued lawful employment. (Id.) The Government objects to Defendant's motion, arguing that due to the seriousness of his crime, Defendant should at least serve a substantial portion of his probation term. (Doc. # 37). The U.S. Probation Office, however, does not object to early termination of probation.

## II. **Discussion**

After a consideration of the factors presented in 18 U.S.C. § 3553(a), to the extent they are applicable, this Court may terminate a term of probation at any time in the case of a misdemeanor. 18 U.S.C. § 3564(c). Accordingly, this Court must be satisfied that doing so is warranted by Defendant's conduct and the interests of justice. (Id.)

The Section 3553(a) factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to afford adequate deterrence to criminal

conduct; (3) the need for the sentence imposed to protect the public from further crimes of the defendant; (4) the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the kinds of sentence and sentencing range established for the applicable category of offense committed, as set forth in the Sentencing Guidelines; (6) pertinent policy statements issued by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense. 18 U.S.C. § 3553(a)(1), (a)(2)(B)-(D), (a)(4)-(7).

Since August 3, 2016, Defendant has completely satisfied all of his restitution and special assessment obligations, and has continued to maintain lawful employment. In addition, the probation officer's positive review in regards to Defendant's strict compliance with all special conditions of his probation is noteworthy. Furthermore, Defendant does not pose a threat to the public, the risk of recidivism is low, and it is apparent that Defendant does not need assistance from probation to lead a productive, law abiding life. As such, further supervision is not necessary.

Having considered the relevant factors, this Court is satisfied that Defendant's conduct during probation and the interests of justice warrant early termination of probation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion for Early Termination of Probation is **GRANTED.** Defendant's previously imposed term of probation is hereby **TERMINATED,** effective immediately.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of June, 2017.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE